In the Matter of SHAWN P. and Another, Children Alleged to be Neglected. WAYNE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; REGINA M., Appellant, et al., Respondent. [703 NYS2d 853] —Order unanimously affirmed without costs for reasons stated in decision at Wayne County Family Court, Parenti, J. (Appeal from Order of Wayne County Family Court, Parenti, J.—Neglect.) Present—Wisner, J. P., Hurlbutt, Scudder and Lawton, JJ.